**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DAVID W. CORBITT, and ALEXANDER J. RAYA, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 06-0860-CG-M ) |
| HOME DEPOT USA, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order granting defendant's motion for summary judgment entered on March 3, 2008 (Doc. 141), and the parties having advised the court that they have resolved plaintiffs' claims as to wanton hiring, retaining, training, and supervision (Doc. 157), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Home Depot USA, Inc., and against the plaintiffs, David W. Corbitt and Alexander J. Raya, Jr. as to the plaintiffs' hostile environment, retaliation, assault and battery, outrage and invasion of privacy claims.  Therefore, this action is hereby **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff as to the hostile environment, retaliation, assault and battery, outrage and invasion of privacy claims, and the parties are to bear their own costs as to the claims for negligent and wanton hiring, retaining, training and supervision.

**DONE and ORDERED** this the 10th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE